# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 22-00344 LEK-RT |
| CASE NAME: | James Paulett Charlton, Jr., vs. Agnes Greig et al., |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 12/12/2022 |

COURT ACTION:  EO: COURT ORDER INFORMING THE PARTIES THAT NO ACTION WILL BE TAKEN ON DEFENDANT FIRST HAWAIIAN BANK'S MOTION, [FILED 12/9/22 (DKT. NO. 41),] UNTIL DEFENDANT AGNES GREIG'S MOTION, [FILED 10/12/22 (DKT. NO. 28),] AND DEFENDANTS MAUI LOAN INC., RICHARD DAN, KAMAAINA LOAN, AND MAUI PAWN SHOP'S MOTION, [FILED 10/12/22 (DKT. NO. 30),] ARE RESOLVED

     On October 12, 2022, Defendant Agnes Greig ("Greig") filed a Motion for Summary Judgment or, in the Alternative, Motion to Dismiss Plaintiff's First Amended Complaint Filed on August 29, 2022 ("Greig Motion"), and Defendants Maui Loan Inc., Richard Dan, Kamaaina Loan, and Maui Pawn Shop ("Maui Loan Defendants") filed a Motion for Judgment on the Pleadings ("Maui Loan Motion").  [Dkt. no. 28, 30.]  On December 9, 2022, Defendant First Hawaiian Bank ("FHB") filed its Motion to Dismiss Plaintiff's First Amended Complaint Filed on August 29, 2022 [Dkt. 17] ("FHB Motion").  [Dkt. no. 41.]

     The Greig Motion and the Maui Loan Motion have been fully briefed.  See dkt. nos. 36 (document construed as pro se Plaintiff James Paulett Charlton, Jr.'s ("Plaintiff") memorandum in opposition to the Greig Motion), 37 (document construed as Plaintiff's memorandum in opposition to the Maui Loan Motion), 39 (reply in support of the Maui Loan Motion), 40 (reply in support of the Greig Motion).  Because the Greig Motion and the Maui Loan Motion are fully briefed, and because the resolution of those motions may render some or all of the FHB Motion moot, the parties are HEREBY INFORMED that this Court will take no action on the FHB Motion until the Greig Motion and the Maui Loan Motion are resolved.

     After a final ruling on the Greig Motion and the Maui Loan Motion is issued, this Court will issue an entering order informing the parties regarding whether any portion of the FHB Motion will proceed.  In other words, Plaintiff is not required to respond to the FHB Motion unless this Court directs him to do so.

     IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager