LYONS LAW LLLC

DANA R. LYONS          #8585
1110 Nuuanu Avenue
Honolulu, Hawaii 96817
lyonsesquire@gmail.com
(808) 312-4615

Attorney for Defendants
Maui Loan Inc.; Richard Dan;
Kamaaina Loan; and Maui Pawn Shop

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES PAULETT CHARLTON JR,<br><br>Plaintiff,<br><br>vs.<br><br>AGNES GRIEG A/K/A AGNES CANNON; FIRST HAWAIIAN BANK; BANK OF HAWAII; MAUI LOAN INC.; RICHARD DAN; RICHARD DAN D/B/A KAMAAINA LOAN; RICHARD DAN D/B/A MAUI PAWN SHOP; CAROLYN DAN A/K/A CAROLYN PRINTZ; VALLEY ISLE LOAN LLC; CASE LOMBARDI & PETTIT, A LAW CORPORATION; and DOES 1-10,<br><br>Defendants. | CIVIL NO. 22-00344 LEK-RT<br><br>**PROOF OF SERVICE RE: SUMMONS ON THIRD-PARTY COMPLAINT; CERTIFICATE OF SERVICE**<br><br>**Judge: Hon. Leslie E. Kobayashi**<br>**Magistrate: Hon. Rom A. Trader** |

## PROOF OF SERVICE RE: SUMMONS ON THIRD-PARTY COMPLAINT

Defendants MAUI LOAN INC.; RICHARD DAN; RICHARD DAN D/B/A KAMAAINA LOAN; and RICHARD DAN D/B/A MAUI PAWN SHOP, by and through counsel, LYONS LAW LLLC, files the attached Proof of Service re: Summons on Third-Party Complaint, pursuant to Rule 4(l), Fed. R. Civ. P.

DATED: Honolulu, Hawaii, December 12, 2022.

        /s/ Dana R. Lyons
DANA R. LYONS
Counsel for Defendants
MAUI LOAN INC.; RICHARD DAN;
KAMAAINA LOAN; and MAUI PAWN
SHOP

HID 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

for the

District of Hawaii

JAMES PAULETT CHARLTON JR.
*Plaintiff*
v.
AGNES GRIEG A/K/A AGNES CANNON, et al.
*Defendant, Third-party plaintiff*
v.
NANNETTE GUILLORY
*Third-party defendant*

Civil Action No. 22-00344 LEK-RT

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)* NANNETTE GUILLORY also known as NANETTE GUILLORY
P.O. Box 798
Haiku, Hawaii 96708

A lawsuit has been filed against defendant MAUI LOAN INC., who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff JAMES PAULETT CHARLTON JR.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

DANA R. LYONS, Esq.
LYONS LAW LLLC
1110 Nuuanu Ave.; Honolulu, Hawaii 96817

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES P. CHARLTON JR.
P.O. Box 1118: Haiku, Hawaii 96708
Plaintiff pro se

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: September 23, 2022

*CLERK OF COURT*

/s/ John A. Mannle, Clerk by EA, Deputy Clerk

*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 12/09) Summons on Third-Party Complaint (Page 2)

Civil Action No. 22-00344 LEK-RT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NANNETTE GUILLORY AKA NANNETTE Guilory
was received by me on *(date)* OCTOBER 26TH, 2022

☒ I personally served the summons on the individual at *(place)* 321 PAUWELA RD. HAIKU, HI 96708 on *(date)* 11/4/2022 @ 12:35 PM

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/14/2022

*Server's signature*

MARK AEKRICH
*Printed name and title*

955 AINA PAACE KIHEI, HI 96753
*Server's address*

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES PAULETT CHARLTON JR, <br><br> Plaintiff, <br><br> vs. <br><br> AGNES GRIEG A/K/A AGNES CANNON; FIRST HAWAIIAN BANK; BANK OF HAWAII; MAUI LOAN INC.; RICHARD DAN; RICHARD DAN D/B/A KAMAAINA LOAN; RICHARD DAN D/B/A MAUI PAWN SHOP; CAROLYN DAN A/K/A CAROLYN PRINTZ; VALLEY ISLE LOAN LLC; CASE LOMBARDI & PETTIT, A LAW CORPORATION; and DOES 1-10, <br><br> Defendants. | CIVIL NO. 22-00344 LEK-RT <br><br> **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was served on the following parties on the date indicated below, via electronic notice unless otherwise indicated:

JAMES PAULETT CHARLTON JR         <u>Via U.S. Mail</u>
P.O. Box 1118
Haiku, Hawaii 96708
  Plaintiff pro se

Elijah Yip, Esq.
Luminate Law
1003 Bishop Street, Suite 2700
Honolulu, Hawaii 96813-4212
  Attorney for Defendant
  BANK OF HAWAII

Lyle S. Hosoda, Esq.
Kourtney H. Wong, Esq.
Spencer J. Lau, Esq.
Thurston A. Kino, Esq.
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
  Attorneys for Defendant
  AGNES GRIEG

DATED: Honolulu, Hawaii, December 12, 2022.

           /s/ Dana R. Lyons
DANA R. LYONS
Counsel for Defendants
MAUI LOAN INC.; RICHARD DAN;
KAMAAINA LOAN; and MAUI PAWN SHOP

2