LAW OFFICE OF BRAD SALTER
Brad Salter #5495
24 Malialani Place
Lahaina, HI 96761
Telephone: (808) 298-7873
Email: brad@salterlaw.com

**Appearing Attorneys for Third Party Defendant,
Nannette Guillory**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **JAMES PAULETT CHARTON, JR**<br><br>Plaintiff,<br><br>vs.<br><br>**AGNES GRIEG A/K/A AGNES CANNON; FIRST HAWAIIAN BANK; BANK OF HAWAII; MAUI LOAN INC.; RICHARD DAN; RICHARD DAN D/B/A KAMAAINA LOAN; RICHARD DAN D/B/A MAUI PAWN SHOP; CAROLYN DAN A/K/A CAROLYN PRINTZ; VALLEY ISLE LOAN LLC; CASE LOMBARDI & PETTIT, A LAW CORPORATION; and DOES 1-10,**<br><br>Defendants. | CIVIL NO. 22-00344 LEK-RT<br><br>**THIRD PARTY DEFENDANT'S. ANSWER TO THIRD PARTY COMPLAINT FILED 9/2/2022**<br><br>**Judge: Hon. Leslie E. Kobayashi**<br><br>**Magistrate: Hon. Rom A. Trader** |

# THIRD PARTY DEFENDANT, NANNETTE GUILLORY'S ANSWER TO THIRD PARTY COMPLAINT

Third Party Defendant, Nannette Guillory, by and through their counsel, Bradley D. Salter, answers the Third Party Plaintiff's Third Party Complaint Filed on 9/22/2022.

I

The Complaint fails to state a claim against Third Party Defendants upon which relief can be granted.

II.

Allegations 1-5; Third Party Defendant is without sufficient information or belief to answer this allegation.

III.

Allegation 6; Third Party Defendant admits this allegation

IV.

Allegation 7; Third Party Defendant is without sufficient information or belief to answer this allegation.

V.

Allegation 8; Third Party Defendant is without sufficient information or belief to answer this allegation.

VI

COUNT I; DENIES ALL ALLEGATIONS

VII.

COUNT II; DENIES ALL ALLEGATIONS

Wherefore, Third Party Defendant, prays for judgement against the Third Party Complainant.

E. Attorneys' fees, costs of suit, and other related expenses; and

F. All such other and further relief as the Court deems just and proper.

DATED: Lahaina, Hawaii, January 24, 2023.

/s/ Bradley D. Salter.
_____

Bradley D. Salter,

Counsel for Third Party Defendant,
Nannette Guillory