# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| JAMES PAULETT CHARLTON, JR. | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 22-00344 LEK-RT |
| V. | |
| AGNES GREIG, aka AGNES CANNON; FIRST HAWAIIAN BANK; BANK OF HAWAII; MAUI LOAN INC.; RICHARD DAN; RICHARD DAN dba KAMAAINA LOAN; RICHARD DAN dba MAUI PAWN SHOP; CAROLYN DAN aka CAROLYN PRINTZ; VALLEY ISLE LOAN LLC; CASE LOMBARDI & PETTIT A LAW CORPORATION; 92 N MARKET ST LLC; DOES 1-20 | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII Jun 16, 2023, 1:26 pm Lucy H. Carrillo, Clerk of Court |
| Defendants. | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the defendants, pursuant to the "Order Granting: Defendant Grieg's Motion for Summary Judgment or, in the Alternative, Motion to Dismiss Plaintiff's First Amended Complaint Filed on August 29, 2022; the Maui Loan Defendants' Motion for Judgment on the Pleadings; and the Joinders of Simple Agreement in the Motions", ECF No. 66, filed on May 31, 2023 and the "Order Denying as Moot Defendant First Hawaiian Bank's and Defendant Case Lombardi & Pettit's Motions to Dismiss", ECF No. 67, filed on June 1, 2023.

|  |  |
|---|---|
| June 16, 2023 | LUCY H. CARRILLO |
| Date | Clerk |
|  | /s/ LUCY H. CARRILLO by EA |
|  | (By) Deputy Clerk |