IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JAMES PAULETT CHARLTON JR., | ) ) ) | CV 22-00344 LEK-RT |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| AGNES GREIG aka Agnes Cannon; FIRST HAWAIIAN BANK; BANK OF HAWAII; MAUI LOAN INC.; RICHARD DAN individually and dba Kamaaina Loan, Maui Pawn Shop; CAROLYN DAN aka Carolyn Printz; VALLEY ISLE LOAN LLC; CASE LOMBARDI & PETTIT, a law corporation; 92 N MARKET ST LLC; DOES 1-20 Defendants. _____ | ) ) ) ) ) ) ) ) ) ) ) ) ) | |

<u>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DENY DEFENDANTS' MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS</u>

Findings and Recommendation having been filed on October 31, 2023 and served on all parties on November 1, 2023, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(c) and Local Rule 74.1, the "Findings and Recommendation to Deny Defendants' Motion for Award of Attorney's Fees and Costs", ECF No. 70 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, November 28, 2023.



                                            /s/ Leslie E. Kobayashi
                                            Leslie E. Kobayashi
                                            United States District Judge